■ In the Matter of the Arbitration between NICOLA DE STEFANO, Appellant, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.— In an arbitration proceeding, in which the arbitrator rendered an award denying a claim asserted under an automobile liability policy insuring against bodily injuries caused by the negligence of an owner or operator of an uninsured automobile, the petitioner appeals from an order of the Supreme Court, Orange County, entered December 4, 1961, which denied his motion to vacate the award as untimely (Civ. Prac. Act, § 1462, subd. 4). Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ In the Matter of NANCY A. GEORGE, by JOHN GEORGE, Her Guardian ad Litem, et al., Respondents, v. ARLINGTON CENTRAL SCHOOL DISTRICT No. 1, Appellant.— In a proceeding by an infant and her father pursuant to section 50-e of the General Municipal Law, for leave to file a late notice of claim for damages for personal injuries, the school district appeals from an order of the Supreme Court, Dutchess County, dated May 1, 1962, which granted the application. Order affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ In the Matter of LESLIE HOROWITZ, an Infant, by EDNA HOROWITZ, His Guardian ad Litem, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding under article 78 of the Civil Practice Act to review a determination of the Commissioner of Motor Vehicles, dated February 19, 1962, which suspended for 30 days the petitioner's operator's license, such suspension being "Pursuant to Section 510-3, V & T Law [for] Violation [of] Section 1141, V & T Law. Failure to yield right of way to car making left turn." By an order of the Supreme Court, Queens County, made May 14, 1962, pursuant to section 1296 of the Civil Practice Act, the proceeding has been transferred to this court for disposition. Determination confirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.